Katherine M. BURKE

v.

**SCHOOL COMMITTEE OF THE TOWN OF LINCOLN.**

No. 80–81–M.P.

Supreme Court of Rhode Island.

March 13, 1980.

Abedon, Michaelson, Stanzler, Biener, Skolnik & Lipsey, Richard A. Skolnik, Providence, for plaintiff-respondent.

Asquith, Wiley & Ryan, Harry W. Asquith, Edward W. Moses, Providence, for defendant-petitioner.

ORDER

The petition for writ of certiorari is granted.

**CITY OF WOONSOCKET**

v.

**FRATERNAL ORDER OF POLICE, LODGE # 9 et al.**

No. 80–65–M.P.

Supreme Court of Rhode Island.

March 13, 1980.

Aram P. Jarret, Jr., Asst. City Sol., Woonsocket, for petitioner.

Paul P. Baillargeon, Woonsocket, for respondents.

ORDER

The petition for writ of certiorari is denied.

**FIRST NATIONAL BANK FINANCIAL CO. et al.**

v.

**NEWPORT SHOES, INC., et al.**

No. 78–348–A.

Supreme Court of Rhode Island.

March 13, 1980.

Joseph R. Tutalo, Providence, for plaintiffs.

Jeremiah C. Lynch, Jr., Newport, for defendant Henry J. DeCotis.

ORDER

This case is assigned to the April, 1980 *show cause* calendar. The defendant is directed to appear and show cause why this appeal should not be dismissed in view of the fact that the trial justice apparently committed no error in entering judgment for plaintiff under the terms of the guarantee and, further, defendant should be prepared to demonstrate why this case should not be remanded to Superior Court for further proceedings which may include an entry of judgment against defendant accompanied by an appropriate Rule 54(b) certificate.